**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Rodney H. WILLIAMS, Defendant–Appellant.**

No. 07–6175.

United States Court of Appeals, Fourth Circuit.

Submitted: March 7, 2007.

Decided: April 4, 2007.

Rodney H. Williams, Appellant Pro Se. Stephen Westley Haynie, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

*Unpublished opinions are not binding precedent in this circuit.*

PER CURIAM:

Rodney H. Williams appeals the district court's order denying his motion for transcripts at Government expense. We have reviewed the record and the district court order and affirm on the reasoning of the district court. *See United States v. Williams,* Nos. 2:01–cr–00231–RAJ; 2:04–cv–00129–RAJ (E.D.Va. Jan. 18, 2007). We deny Williams' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*